IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case №: 3:19-mj-00036-DMC- |
|---|---|
| Plaintiff, | |
| vs. | **O R D E R**<br>**APPOINTING COUNSEL** |
| QUENTIN D. NAVARRETTE, | |
| Defendant. | |

The above named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he/she is financially unable to obtain counsel and wishes counsel be appointed to represent him/her. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED appointing John Michael Kucera to represent the above defendant in this case effective *nunc pro tunc* to December 12, 2019.

This appointment shall remain in effect until further order of this court.

Dated: December 16, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE
JUDGE

ORDER APPOINTING COUNSEL        1